PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

FILED

Jun 15, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:23-cr-0152 KJN |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 1361 – Willful Injury and Depredation Against any Property of the United States |
| v. | ) | |
| EHSON ROSTAMI, | ) | |
| Defendant. | ) | |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 1361 – Willful Injury and Depredation Against any Property of the United States]

The United States Attorney charges: T H A T

EHSON ROSTAMI,

defendant herein, on or about January 3, 2023, through on or about April 25, 2023, in Sacramento County, State and Eastern District of California, did willfully injure and commit a depredation against any property of the United States, and of any department and agency thereof, to wit:

///

///

///

vandalism, graffiti and property damage at the Royal Oaks Post Office, and the resulting damage of less than $1,000.00, in violation of Title 18, United States Code, Section 1361, a Class A misdemeanor.

DATED: June 15, 2023　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ *Justin L. Lee*
　　　　　　　　　　　　　　　　　　　　JUSTIN L. LEE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## **PENALTY SLIP**

**United States v. Ehson Rostami**

### **COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1361 – Willful Injury and Depredation Against any Property of the United States |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000, or both. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | One year |